UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNAMARIE D. RIETHMILLER, et al.,<br><br>                  Plaintiffs,<br><br>   v.<br><br>ELECTORS FOR THE STATE OF WASHINGTON,<br><br>                  Defendant. | NO:  12-CV-0548-TOR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On September 26, 2012, Plaintiff filed an Application to Proceed In Forma Pauperis (ECF No. 2) and a "Motion for Declaratory Orders and an Interdict" (ECF No. 1).  The Court construes the latter document as a Complaint.

**IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE,** pursuant to 28 U.S.C. § 1915(e)(2)(B), as it is frivolous.  This action is frivolous because it is a product of delusion or fantasy.

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

2. Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 2) is **DENIED** as moot.

3. Plaintiff is advised that the filing of further frivolous actions will result in the imposition of more serious sanctions than dismissal.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 26th day of September, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE ~ 2